IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **Tregg Vanzandt ,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **No. CIV 08-99-FHS** |
| | ) | |
| **Ray Peden and Karen Peden,** | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION AND ORDER

Now before the court is the Defendants' motion to dismiss for failure to state a claim. After reviewing the briefs submitted on the issue and hearing the arguments of counsel at the hearing held on July 22, 2008, the court finds the motion to dismiss for failure to state a claim should be denied.

**IT IS SO ORDERED** this 22nd day of July, 2008.

Frank H. Seay
United States District Judge